IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
~~BIRMINGHAM~~ SOUTHERN DIVISION

~~DAVETTA FERGUSON~~
DASMEN RESIDENTIAL LLC
BROOK HIGHLAND PLACE

Petitioner,

v.

DAVETTA FERGUSON
~~DASMEN RESIDENTIAL LLC~~
~~BROOK HIGHLAND PLACE~~

Respondent,

)
)
)
)
)
)
)
)
)
)
)
)
)
)

FEDERAL COURT
CASE NO.:

STATE COURT
CASE NO.: 58-DV-2018-900470.00

2:18-cv-01496-TMP

## PETITION FOR REMOVAL AND FEDERAL STAY OF EVICTION PURSUANT TO 28 USC 1441 (B)

DEFENDANT, DAVETTA FERGUSON hereby files this Petition for Removal in the United States District Court for the Northern District of Alabama, Birmingham Division of the above stated case number, **58-dv-2018-900470.00**, in the State Court of Shelby County, Alabama in accordance with the provisions of Title 28 U.S.C. 1441(b) Judiciary and Procedure. The proceedings occurring in violation of the Uniform Commercial Code of 15 U.S.C. 1692 with unlawful eviction proceedings. Pursuant to the provisions of Title 28 U.S.C. Section 1441(b) the State Court of Shelby County shall not proceed with any eviction against the petitioner until it is remanded or so ordered from the United States District Court.

RESPONDENT, Dasmen Residential, LLC and Brook Highland Place are

registered in the State of New York, and are attempting to collect a debt in violation of the Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. 1692 of 1968. Accordingly, this action is removable pursuant to 28 U.S.C. 1441(b). The United States Court for the Northern District of Alabama, Birmingham Division has jurisdiction over this action pursuant to 28 U.S.C. 1331 and 28 U.S.C. 1367(a).

A copy of all process, pleadings and orders served upon defendant in the state court action are attached hereto as Exhibit "A". A copy of the original lease has also been attached hereto as Exhibit "B".

WHEREFORE, DEFENDANT, DAVEETA FERGUSON requests that this action be removed to the United States District Court for the Northern District of Alabama.

Respectfully submitted,

_____
DAVEETA FERGUSON
PRO SE PETITIONER

Daveeta Ferguson
504 Brook Highland Lane
Birmingham, Alabama 35242
DJAtlanta, Georgia 30318

354 201 5602

DOCUMENT 1

| State of Alabama<br>Unified Judicial System<br>Form C-59 (front)  Rev. 03/14 | STATEMENT OF CLAIM<br>EVICTION/UNLAWFUL DETAINER<br>Sections 35-9A-101, et seq., and 6-6-310, et seq., Ala. Code 1975 |  ELECTRONICALLY FILED<br>7/24/2018 10:22 AM<br>58-DV-2018-900470.00<br>CIRCUIT COURT OF<br>SHELBY COUNTY, ALABAMA<br>MARY HARRIS, CLERK |

## IN THE DISTRICT COURT OF SHELBY COUNTY, ALABAMA

### DASMEN RESIDENTIAL LLC AGENT FOR BROOK v. DAVETTA FERGUSON

**PLAINTIFF(S)**
DASMEN RESIDENTIAL LLC AGENT FOR BROOK
HIGHLAND PLACE
ONE MEADOW DRIVE
BIRMINGHAM, AL 35242

**DEFENDANT(S)**
DAVETTA FERGUSON
504 BROOK HIGHLAND LANE
BIRMINGHAM, AL 35242

**PLAINTIFF'S ATTORNEY**
JIM MCDONALD SANDEFER
6 OFFICE PARK CIRCLE, SUITE 120
MOUNTAIN BROOK, AL 35223

### COMPLAINT

1. Plaintiff(s) demands the right to possession from the defendant(s) of the following described residential, commercial or other real property located at:
   504 BROOK HIGHLAND LANE BIRMINGHAM, AL 35242

2. Defendant(s) no longer has the right to possession because:
   DEFENDANT WILLFULLY FAILED TO PAY RENT & LATE FEES IN ACCORDANCE WITH THE WRITTEN LEASE AGREEMENT AFTER WRITTEN SEVEN (7) DAY NOTICE TO PAY & THEREAFTER WILLFULLY FAILED TO RETURN POSSESSION OF THE LEASED PREMISES AFTER THE LEASE AGREEMENT WAS PROPERLY TERMINATED. DEFENDANT WAIVED ALL RIGHTS AS TO EXEMPTIONS PURSUANT TO THE WRITTEN LEASE. PLAINTIFF CLAIMS ALL FUTURE RENT, DAMAGES, ATTORNEY FEES & ALL AMOUNTS RECOVERABLE UNDER THE ALABAMA LANDLORD-TENANT ACT, AS SAME ACCRUES.

3. Defendant(s) right of possession has been lawfully terminated by written notice.
4. Plaintiff also claims the sum of $ 1832.20 plus court costs from the Defendant(s) consisting of: unpaid rent and late charges, plus attorney's fees (if applicable) and other charges.
5. Plaintiff(s) also claims future rent and late charges, plus attorney's fees (if applicable) and other charges accruing through the date Plaintiff(s) obtains possession of the above described property.

| MARY HARRIS | /s/ JIM MCDONALD SANDEFER |
|---|---|
| Clerk | Plaintiff or Attorney Signature |
| Address: POST OFFICE BOX 1810 | Phone Number: 2058796541 |
| 112 NORTH MAIN STREET | Attorney Code: SAN008 |
| COLUMBIANA, AL 35051 | |
| Phone Number: 205-669-3760 | |

### NOTICE TO DEFENDANT(S) - READ CAREFULLY

This eviction or unlawful detainer complaint must be answered by you within seven (7) days after these papers were either served or posted at the leased premises as provided by law. Your answer must be received by the Court Clerk at the above address within the above seven (7) days. A copy of the answer must be sent to the Plaintiff(s) or Plaintiff(s)' Attorney at the above address. If you file an answer, a notice of trial will be mailed to you; otherwise, a judgment may be entered against you.

DOCUMENT 2



## FAIR DEBT NOTICE

This firm is attempting to collect a debt owed to our client. Any information obtained will be used for that purpose. Unless within thirty (30) days after receipt of this notice you dispute the validity of the monetary debt or any portion thereof, this law office will assume the debt to be valid. If you notify this office within thirty (30) days period that the monetary debt or any portion thereof is disputed, we will obtain verification of the debt and a copy of such verification will be mailed to you, along with the name of the original creditor, if different from the one named above. The aforementioned thirty (30) day period allowing you to dispute the validity of the debt, however, does not preclude institution of legal action prior to the expiration of the thirty (30) day period.

| Form C-59 (Back) | **STATEMENT OF CLAIM** <br> **Unlawful Detainer** <br> **SUMMONS** | **Case Number:** <br> 58-DV-2018-900470.00 |
|---|---|---|

To any Sheriff or any person authorized by Rule 4 (i) (1) (A) or (B) of the Alabama Rules of Civil Procedure to effect Service in the State of Alabama: You are hereby commanded to serve the Summons and Complaint in this action upon the defendant named in the style of the Complaint and make proper return to this court.

**Date:** 7/24/2018

**Clerk:** MARY HARRIS

**/s MARY HARRIS**

**Date Received:** _____

---

**PERSONAL SERVICE:** served on the defendant(s) named  **D001 - DAVETTA FERGUSON**

Server Must Complete:

**DATE SERVED** _____

**NAME** _____

**SHERIFF/CONSTABLE** _____

**PROCESS SERVER** _____

**ADDRESS** _____

**PHONE NUMBER** _____

---

**SERVICE BY DELIVERY TO PERSON SUI JURIS RESIDING ON THE PREMISES:** served the defendant(s) named **D001 - DAVETTA FERGUSON** by delivering a copy of the Summons and Complaint on a person who is sui juris residing on the premises described in the Complaint.

**DATE SERVED** _____

_____ served for _____
(Person Served)                                   (Defendant(s))

is sui juris and is a resident of the premises described in the Complaint.

Server Must Complete:

**SHERIFF/CONSTABLE** _____

**NAME** _____

**PROCESS SERVER** _____

**ADDRESS** _____

**PHONE NUMBER** _____

---

**POSTING OF SUMMONS AND COMPLAINT:** served on the defendant(s) named **D001 - DAVETTA FERGUSON** by posting a copy of the Summons and Complaint on the door of the premises described in the Complaint, and A COPY OF THE SUMMONS AND COMPLAINT WAS MAILED BY FIRST CLASS MAIL ON THE FOLLOWING DATE _____ that is not later than the close of the next business day following the aforesaid posting

**DATE SERVED** _____

Server Must Complete:

**SHERIFF/CONSTABLE** _____

**NAME** _____

**PROCESS SERVER** _____

**ADDRESS** _____

**PHONE NUMBER** _____

---

**SERVICE BY CERTIFIED MAIL:** This service by certified mail of the summons and complaint is initiated upon the request of Plaintiff pursuant to Rule 4 (i) (2) of the Alabama Rules of Civil Procedure.

**Date Requested** _____

**Date Mailed** _____

**Return Receipt Date** _____

**Clerk** _____