# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DASMEN RESIDENTIAL, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action Number |
| **vs.** ) | **2:18-cv-01496-AKK** |
| ) | |
| **DAVETTA FERGUSON,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## **ORDER**

The defendant in this case filed a petition for removal to this court in which she alleged that the plaintiffs filed claims against her under 15 U.S.C. § 1692 in Shelby County, Alabama, case no. 58-dv-2018-900470.00.  Doc. 1.  However, her filings do not suggest that the plaintiff raised any claims against the defendant under 15 U.S.C. § 1692 at all, and it seems the defendant is the one raising this statute as a defense.  *See id.* at 2 (stating that the plaintiffs "are attempting to collect a debt in violation of the Fair Debt Collection Practices Act . . .").  Raising a defense under federal law is not a proper basis to invoke the jurisdiction of this court.  *Caterpillar Inc. v. Williams*, 482 U.S. 386, 392 (1987) ("[I]t is now settled law that a case may *not* be removed to federal court on the basis of a federal defense . . . .) (emphasis in original)(citation omitted).

Moreover, when the magistrate judge initially assigned to this case raised the jurisdiction issue and ordered the defendant to provide the information showing that this court has diversity jurisdiction over this case, *see* doc. 4, the defendant failed to comply with the magistrate judge's order. Instead, the defendant objected to the order as "unconstitutional." *See* doc. 5. To the contrary, federal courts are courts of limited jurisdiction and have an obligation to inquire whether a matter is properly before the court. *Hertz Corp. v. Friend*, 559 U.S. 77, 94 (2010); *Univ. of S. Ala. v. Am. Tobacco Co.*, 168 F.3d 405, 410 (11th Cir. 1999). Therefore, because the defendant has failed to meet her burden of establishing that this court has jurisdiction over this matter, *see Pretka v. Kolter City Plaza II, Inc.*, 608 F.3d 744, 752 (11th Cir. 2010), this matter is **REMANDED** back to the Shelby County, Alabama Court. The clerk is directed to close this file.

**DONE** the 4th day of October, 2018.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE